# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**JOHN SIMON, JOAN SIMON, ANDREAS KALLISTROS, KATHLEEN KALLISTROS, NICHOLAS SERETIS, DESPINA SERETIS, HARALAMPO KASOLAS, PALLIS EVANGELLOS, ANASTASIA PALLIS, GLEN DESASNTIS, LAWRENCE LODATO, MATHEW BAILEY, ATHANASIA ZARKADAS, THEODORE BATAGLIA, JEREMY BUTLER, FRANK COPPINGER, VINCENT GALGANO, WILLIAM MCCARTHY, JOEL SEVILLA, WILLIAM WOODHULL, DIMITRIOS SERETIS**

        **Plaintiffs/Counter-Defendants,**

-vs-                                          Case No.  2:09-cv-376-FtM-29DNF

**NATIONAL CITY MORTGAGE COMPANY, NATIONAL CITY BANK,**

        **Defendants/Counter-Plaintiffs.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This action was brought for a violation of the Fair Debt Collection Practices Act, Breach of Contract, Breach of the Implied Covenants of Good Faith & Fair Dealing, Negligence, Unjust Enrichment, and Lender Liability.  On February 16, 2011, the Court entered an Order (Doc. 126) allowing Allen Tannenbaum to withdraw as counsel of record for the Plaintiff Theodore Bataglia.  The Court allowed Mr. Bataglia twenty-one (21) days from the date of the Order to retain counsel or notify the Court that he was proceeding *pro se*.  After having received no response to this Order, on March 18, 2011, the Court

entered an Order to Show Cause (Doc. 130) requiring Mr. Bataglia to show good cause why he should not be dismissed from this action and a default be entered against him on the Counterclaim for failing to comply with the Order (Doc. 126). Mr. Bataglia failed to comply with the Order to Show Cause. Mr. Bataglia has failed to diligently prosecute his case by not responding to Orders, and by not retaining counsel or notifying the Court that he is proceeding *pro se*. *See*, M.D. Fla. L.R. 3.10(a).

**THEREFORE, IT IS RESPECTFULLY RECOMMENDED:**

That Theodore Bataglia be dismissed from this action, and that a default be entered against him on the Counterclaim.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __15th__ day of April, 2011.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record